# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-923-090**

Effective date of registration:
October 14, 2014

## Title

**Title of Work:** Automata
**Nature of Work:** motion picture

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 10, 2014

## Author

- **Author:** Automata Productions, Inc.
**Author Created:** entire motion picture

**Work made for hire:** Yes
**Citizen of:** United States
**Anonymous:** No   **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Automata Productions, Inc.
318 N. Carson St., #208, Carson City, NV, 89701

## Limitation of copyright claim

**Material excluded from this claim:** motion picture screenplay
**Previously registered:** Yes
**Previous registration and year:** PAu 3-712-705   2013
**Basis of current registration:** This is a changed version of the work.
**New material included in claim:** motion picture including audio, visual and other cinematographic material

## Certification

**Name:** Rick Eyler
**Date:** October 10, 2014



# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 24.13.74.23 | 6/8/15 12:36:50 PM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Park Ridge | Cook |
| 2 | 67.167.117.111 | 6/6/15 11:27:00 PM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Glen Ellyn | DuPage |
| 3 | 50.151.67.183 | 6/5/15 08:17:29 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Chicago | Cook |
| 4 | 50.178.114.55 | 6/4/15 03:07:41 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Darien | DuPage |
| 5 | 71.57.60.22 | 5/31/15 06:39:22 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Skokie | Cook |
| 6 | 98.193.23.93 | 5/30/15 04:28:13 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 173.161.106.214 | 5/28/15 01:31:02 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Business | Illinois | Freeport | Stephenson |
| 8 | 98.228.188.25 | 5/26/15 07:48:55 PM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Dekalb | DeKalb |
| 9 | 173.161.97.210 | 5/24/15 05:25:07 PM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Business | Illinois | Downers Grove | DuPage |
| 10 | 67.173.81.89 | 5/20/15 02:11:36 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Palatine | Cook |
| 11 | 50.158.151.66 | 5/19/15 07:56:41 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Chicago | Cook |
| 12 | 50.158.243.41 | 5/17/15 04:25:30 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | North Aurora | Kane |
| 13 | 71.201.20.89 | 5/15/15 01:03:11 AM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Chicago | Cook |
| 14 | 50.141.73.17 | 5/10/15 08:26:38 PM | AutÃ³mata (2014) | SHA1: BFFA03D953957F34505853342BF560381ED7CE62 | Comcast Cable | Illinois | Waukegan | Lake |